IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAUREL ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-288-WKW |
| | ) | |
| CITY OF MONTGOMERY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

On March 10, 2010, the Magistrate Judge filed a Recommendation in this case (Doc. # 27), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1)   The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

(2)   Defendants' Motion to Dismiss for Lack of Prosecution (Doc. # 22) is DENIED;

(3)   Defendants' motion to withdraw its motion to dismiss or compel discovery (Doc. # 34) is DENIED as MOOT; and

(4)   This case is REFERRED back to the Magistrate Judge for all pretrial proceedings and entry of any other orders or recommendations as may be appropriate.

DONE this 2nd day of April, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE